United States Courts
Southern District of Texas
FILED

MAR 09 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Charles E BROWN §
§
versus §        CIVIL ACTION NO. 26 CV 1880
§
ALLied UNiveRSaL §
§
§
§

EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.    The Plaintiff is:        Charles E. BROWN

Address:        7511 N. Shepherd DR #38311
                Houston, TX 77238

County of Residence:        Harris

3.    The defendant is:        ALLied UNiveRSaL

Address:        2424 Wilcrest
                Houston, TX 77042

☐    Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.    The plaintiff has attached to this complaint a copy of the charges filed on _____

with the Equal Opportunity Commission.

5.    On the date of 12-09-25, the plaintiff received a Notice of Right to Sue letter

issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.    Because of the plaintiff's:

(a)    ☐    race

(b)    ☐    color

(c)    ☐    Sex

(d)    ☐    Religion

(e)    ☐    national orgin,

the defendant has:

(a)    ☐    failed to employ the plaintiff

(b)    ☑    terminated the plaintiff's employment

(c)    ☐    failed to promote the plaintiff

(d)    ☐    other: _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

02-09-25 meeting With MR Rainey assistant manager and MR Robinson operation manager. MR Patterson general manager walkin and said he is fired

8.    The plaintiff requests that the defendant be ordered:

(a)    ☐    to stop discriminating against the plaintiff

(b)    ☑    to employ the plaintiff

(c)    ☐    to re-employ the plaintiff

(d)    ☐    to promote the plaintiff

(e)    ☐    to _____

2

_____

_____ and that;

(f)    ☐    the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

*Chana E Brown*

(Signature of Plaintiff)

Address:    *#38311*
*7511 N Shepherd DR*
*Houston, Texas 77238*

_____

Telephone:    *832-890-5850*

3