United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CHARLES E. BROWN, Plaintiff, | § | CIVIL ACTION NUMBER 4:26-cv-01880 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ALLIED UNIVERSAL, Defendant. | § | |
| | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Charles E. Brown proceeds here *pro se*. He sued Defendant Allied Universal for wrongful employment termination. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina Bryan. See Dkt 4.

Plaintiff filed the complaint on March 9, 2026, and then twice moved for an extension of time to serve Defendant. Dkts 8 & 10. Those extensions were granted. Dkts 9 & 12.

Pending is the third motion for an extension of time. Dkt 16. Judge Bryan recommended that it be denied, with his claims dismissed without prejudice for failure to serve Defendant. Dkt 17.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No written objections were filed, and the objection period has now closed. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 17.

The claims against Defendant Allied Universal are DISMISSED WITHOUT PREJUDICE.

Plaintiff's third Motion for extension of time is DENIED AS MOOT. Dkt 16.

A final judgment will enter separately.

SO ORDERED.

Signed on November 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge